UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOSE H. HERNANDEZ,<br><br>        Petitioner,<br><br>   v.<br><br>AUDREY KING, Director of<br>Coalinga State Hospital, et al.,<br><br>        Respondents. | ) ED CV 13-1914-MWF (SH)<br>)<br>) ORDER ACCEPTING REPORT<br>) AND RECOMMENDATION OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

     Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice to refiling after exhaustion of state remedies.

DATED: May 22, 2014

_____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE