JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOSEPH H. HERNANDEZ,<br><br>　　　　　　Petitioner,<br>　　v.<br>AUDREY KING, Director of Coalinga State Hospital, et al.,<br><br>　　　　　　Respondents. | ) ED CV 13-01914-MWF (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Order of the Court accepting the conclusions and final recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice to refiling after exhaustion of state remedies.

DATED: <u>May 22, 2014</u>

　　　　　　　　　　　　　　　　　*/s/ Michael W. Fitzgerald*
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE